## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND BAILEY** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **NO.  10-1122** |
| **v.** | : | |
| | : | |
| **GREENWICH TERMINALS, LLC,** | : | |
| **Defendant.** | : | |

## O R D E R

   **AND NOW**, this 25th day of January, 2012, upon consideration of Defendant's Motion

for Summary Judgment (Document No. 33, filed September 16, 2011) and Plaintiff's Answer in

Opposition to Motion for Summary Judgment of Defendant, Greenwich Terminals, LLC

(Document No. 35, filed September 30, 2011), for the reasons set forth in the Memorandum

dated January 25, 2012, **IT IS ORDERED** that Defendant's Motion for Summary Judgment is

**GRANTED**, and **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Greenwich Terminals,

LLC, and **AGAINST** plaintiff, Raymond Bailey.

   **IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.


                    **BY THE COURT:**


                       **/s/ Hon. Jan E. DuBois**
                       **JAN E. DUBOIS, J.**